# MEMO ENDORSED

**ROBERT WISNIEWSKI P.C.**
ATTORNEYS-AT-LAW

17 STATE STREET, SUITE 820 • NEW YORK, NY 10004
TEL: (212) 267-2101 • WEBSITE: www.rwapc.com

April 29, 2021

Hon. Kenneth M. Karas, U.S.D.J.
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601
    *VIA ECF*

    Re: **Vann v. Persico, et al**
          **SDNY Docket No.: 20-cv-00628 (KMK)**

Dear Judge Karas,

    This firm represents the Plaintiff in this case. I write pursuant to an email request by the Court's Clerk to respectfully request an adjournment of the status conference, set for this Wednesday, July 21, 2021 at 11:00AM to a time after every Defendant's answer to Plaintiff's Second Amended Complaint (the "SAC"), filed on July 12, 2021, is due.

    By this letter, I also wish to advise the Court that attorney Stephen Hans has filed a notice of appearance on behalf of Defendant Michael Basilone and that attorney Clifford Greene, defense counsel for the Persico Defendants, advises that he will be asking for an extension of time to answer the SAC or to file a motion. Lastly, I wish to advise the Court and all counsel of record that Mr. Wisniewski will be out of office from August 20, 2021 to September 6, 2021.

    Wherefore, I respectfully ask that the status conference currently scheduled for this Wednesday, July 21, 2021, be adjourned to a later date convenient to this Court after every Defendant's answer to the SAC is due.

    We thank the Court for its attention to the foregoing.

*The Court will hold a teleconference on Sept. 20, 2021 at 1:00 p.m.*

SO ORDERED
_____
KENNETH M. KARAS U.S.D.J.
7/19/2021

Respectfully,

/s/ *Barbara Luberadzka*
Barbara Luberadzka

cc: Defense Counsel – *via ECF*