UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ROOSEVELT VANN, JR.,

         Plaintiff,

  v.

RICHARD PERSICO, *et al.*,

         Defendants.

No. 20-CV-628 (KMK)

MOTION SCHEDULING ORDER

---

KENNETH M. KARAS, District Judge:

  The Court adopts the following briefing schedule: Defendants shall file their respective motions by no later than November 4, 2021.  Plaintiff shall file his responses by no later than December 4, 2021.  Defendants shall file their respective replies by no later than December 18, 2021.

  The Parties are also reminded that there is a strict page limit of 25 pages for opening briefs and 10 pages for replies, which will be extended only in extreme circumstances.  If oral argument is requested, it may be scheduled by the Court.  Please wait to hear from the Court to schedule argument.

  In addition, the Parties shall have until October 12, 2021 to file the stipulation discussed on the record at the pre-motion conference held on October 4, 2021.

SO ORDERED.

DATED:  October 4, 2021
     White Plains, New York

_____
KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE