MEMO ENDORSED



**BARNES IACCARINO & SHEPHERD LLP**

ATTORNEYS AT LAW

258 Saw Mill River Road, Elmsford, NY 10523
Tel: 914.592.1515 | Fax: 914.592.3213

Riccardo Iaccarino
Wendell V. Shepherd

Matthew J. Berger*
Danielle M. Carney
Michele Harari
Dana L. Henke
Steven H. Kern
Lauren M. Kugielska*
Giacchino J. Russo
Julie Pearlman Schatz*

Roy Barnes, Retired

3 Surrey Lane
Hempstead, NY 11550
Tel: 516.483.2990
Fax: 516.483.0566

379 Sunset Blvd.
Wyckoff, NJ 07481
Tel: 914.592.1515
Fax: 914.592.3213

*Also Admitted in NJ

www.bislawfirm.com

April 13, 2023

*Via E-filing*
Hon. Kenneth M. Karas
U.S. District Judge
United States Courthouse
300 Quarropas Street
White Plains, NY 10601

Re:   Vann v. Persico, et al. – 20-CV-00628 (KMK)
      *Electronics in the courthouse for depositions*

Dear Judge Karas:

This firm is counsel to defendants Laborers International Union of North America Local 60 and Jacinto "Jay" Fragoso (the "Union Defendants"). I write to request the Court's assistance regarding depositions to be held at the Courthouse in White Plains.

The parties are presently engaged in scheduling depositions of the Plaintiff as well as all party defendants. The best option thus far is the courthouse in White Plains. However, we note that the rules prohibit cell phones and other electronics except for attorneys with the appropriate pass.

I request that Your Honor make an order that, **strictly for the purpose of depositions in the room to be provided by the courthouse facility, and not for the purpose of entry into any courtroom, the attorneys and parties bearing a copy of such Order be permitted to bring their cellphones and laptops.**

I thank you for your consideration.

Counsel must comply with the District's rules regarding portable electronic devices by completing the standard form. Parties are not allowed to bring their devices into the Courthouse.

So Ordered.
4/13/23

Yours truly,

Steven H. Kern, Esq.

SHK/id

cc:   Robert Wisniewski, Esq. (Email & Notice of E-filing)
      Douglas Diaz, Esq. (Email & Notice of E-filing)
      Stephen D. Hans, Esq. (Email & Notice of E-filing)
      Clifford H. Green, Esq. (Email & Notice of E-filing)