UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
Vann,

                         Plaintiff(s),

         -against-

Persico, et al.,

                         Defendant(s).
-----------------------------------------------------------------X

7: 20-cv-00628-AEK
**ORDER RE SETTLEMENT CONFERENCE PROCEDURES**

**VICTORIA REZNIK, United States Magistrate Judge:**

This matter is scheduled for a remote follow up settlement conference on the Teams videoconferencing platform before Magistrate Judge Victoria Reznik on <u>July 9, 2024, at 10:30 am.</u>  Counsel will be provided with the Teams links by email before the conference.

**Confidentiality.** All settlement conferences are "off the record" and strictly confidential. All communications relating to settlement may not be used in discovery and will not be admissible at trial.

      **SO ORDERED.**

DATED:    White Plains, New York
                June 24, 2024

                                         _____
                                         VICTORIA REZNIK
                                         United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/24/2024