UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

ROOSEVELT VANN JR.,

Plaintiff,

-against-

PCT CONTRACTING, LLC, RIGGS DISTLER & COMPANY, INC., LABORERS INTERNATIONAL UNION OF NORTH AMERICA, LABORERS LOCAL 60, RICHARD PERSICO, CARLOS AFONSO, MICHAEL BASILONE, and JACINTO "JAY" FRAGOSO,

Defendants.
-----------------------------------------------------------X

**JUDGMENT**

20 Civ. 628 (AEK)

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

**WHEREAS**, Plaintiff Roosevelt Vann Jr. ("Plaintiff") brought the above-entitled action against, among others, Defendants PCT Contracting, LLC and Richard Persico;

**WHEREAS**, this action was assigned to the undersigned by consent of the parties pursuant to 28 U.S.C. § 636(c) on June 23, 2023, ECF No. 137;

**WHEREAS**, all parties reached a settlement to resolve the claims asserted in this matter;

**WHEREAS,** non-party PCT Realty Corp. participated in the settlement as a surety for PCT Contracting, LLC and Richard Persico;

**WHEREAS**, as part of the Settlement Agreement, PCT Contracting, LLC, Richard Persico, and PCT Realty Corp. (the "PCT Parties") executed an affidavit for confession of judgment, *see* ECF No. 263-3 ("Confession of Judgment");

**WHEREAS**, on March 28, 2025, the Court issued a Decision and Order approving the parties' Settlement Agreement (ECF No. 254) in accordance with *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015), *see* ECF No. 260;

**WHEREAS**, as set forth in the March 28, 2025 Decision and Order, the Court retained jurisdiction to interpret and enforce the Settlement Agreement, and, if necessary, to enter judgment based on the Confession of Judgment;

**WHEREAS**, the PCT Parties have defaulted on their obligations under the Settlement Agreement, and have not made either the initial payment or any of the installment payments required by the Settlement Agreement; and

**WHEREAS**, the Court has issued a Decision and Order granting Plaintiff's motion to enforce the Settlement Agreement and to enter judgment against the PCT Parties, which confirmed that the PCT Parties have defaulted on their obligations under the Settlement Agreement and that Plaintiff has satisfied all conditions for the entry of judgment against the PCT Parties in accordance with the Confession of Judgment, *see* ECF No. 280;

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Plaintiff have judgment as against PCT Contracting, LLC, Richard Persico, and Persico Realty Corp., jointly and severally, in the amount of **$192,000.00**, plus interest of nine percent per annum, and post-judgment interest pursuant to 28 U.S.C. § 1961 from the date of entry of this Judgment.

Dated: September 29, 2026
White Plains, New York

**SO ORDERED.**

Andrew Krause

ANDREW E. KRAUSE
United States Magistrate Judge